JAMES V. AQUAVELLA, M.D., P.C., et al., Appellants, v RALPH S. VIOLA, M.D., Respondent.

Submitted August 15, 2011; decided October 18, 2011

Motion for reargument denied with $100 costs and necessary reproduction disbursements [see 17 NY3d 741 (2011)].